**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
**Chapter 13 Standing Trustee**

Order Filed on June 18, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ALEXANDER A NORMAN
   LEIGH A STEWART

Case No.:  18-19753 JKS

Hearing Date:  6/13/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 18, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): ALEXANDER A NORMAN
LEIGH A STEWART

Case No.: 18-19753

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/13/2019 on notice to PAUL GAUER, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,082 starting on 7/1/2019 for the remaining 47 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander A Norman  
Leigh A Stewart  
      Debtors

Case No. 18-19753-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 18, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.  
db/jdb      +Alexander A Norman,   Leigh A Stewart,   43 Laurel Avenue,   East Orange, NJ 07017-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:

      Brian E Caine   on behalf of Creditor   U.S. Bank Trust National Association, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
      Denise E. Carlon   on behalf of Creditor   U.S. Bank Trust National Association, not in ites individual capacity but solely as Delaware Trustee and U.S. Bank National Association, not in its individual capacity but solely as co-trustee for gov dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Elysa D Bergenfeld   on behalf of Creditor   19 Lyons Avenue Towers Condominium Association, Inc. edb@ansellgrimm.com  
      Harold N. Kaplan   on behalf of Creditor   CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST hkaplan@rasnj.com, informationathnk@aol.com  
      Laura M. Egerman   on behalf of Creditor   CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
      Linda S. Fossi   on behalf of Creditor   US Bank Cust for PC 4 Firstrust Bank lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Nicholas V. Rogers   on behalf of Creditor   U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION ET.AL. nj.bkecf@fedphe.com  
      Paul Gauer   on behalf of Debtor Alexander A Norman gauerlaw@aol.com  
      Paul Gauer   on behalf of Joint Debtor Leigh A Stewart gauerlaw@aol.com  
      Steven P. Kelly   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                        TOTAL: 12