Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−19753−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alexander A Norman
43 Laurel Avenue
East Orange, NJ 07017

Leigh A Stewart
43 Laurel Avenue
East Orange, NJ 07017

Social Security No.:
   xxx−xx−6798

   xxx−xx−5551

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/8/19 at 10:00 AM

to consider and act upon the following:

*78* – Creditor's Certification of Default (related document:72 Order on Motion For Relief From Stay) filed by Linda S. Fossi on behalf of US Bank Cust for PC 4 Firstrust Bank. Objection deadline is 07/12/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Fossi, Linda)

*79* – Response to (related document:78 Creditor's Certification of Default (related document:72 Order on Motion For Relief From Stay) filed by Linda S. Fossi on behalf of US Bank Cust for PC 4 Firstrust Bank. Objection deadline is 07/12/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor US Bank Cust for PC 4 Firstrust Bank) filed by Paul Gauer on behalf of Alexander A Norman, Leigh A Stewart. (Gauer, Paul)

Dated: 7/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court