Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19753−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander A Norman                           Leigh A Stewart
   43 Laurel Avenue                             43 Laurel Avenue
   East Orange, NJ 07017                        East Orange, NJ 07017

Social Security No.:
   xxx−xx−6798                                  xxx−xx−5551

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/8/19 at 10:00 AM

to consider and act upon the following:

*78* − Creditor's Certification of Default (related document:72 Order on Motion For Relief From Stay) filed by Linda S. Fossi on behalf of US Bank Cust for PC 4 Firstrust Bank. Objection deadline is 07/12/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Fossi, Linda)

*79* − Response to (related document:78 Creditor's Certification of Default (related document:72 Order on Motion For Relief From Stay) filed by Linda S. Fossi on behalf of US Bank Cust for PC 4 Firstrust Bank. Objection deadline is 07/12/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor US Bank Cust for PC 4 Firstrust Bank) filed by Paul Gauer on behalf of Alexander A Norman, Leigh A Stewart. (Gauer, Paul)

Dated: 7/8/19

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander A Norman  
Leigh A Stewart  
    Debtors

Case No. 18-19753-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jul 08, 2019  
                              Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.  
db/jdb       +Alexander A Norman,   Leigh A Stewart,   43 Laurel Avenue,   East Orange, NJ 07017-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:

          Brian E Caine   on behalf of Creditor   U.S. Bank Trust National Association, et al  
           bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
          Denise E. Carlon   on behalf of Creditor   U.S. Bank Trust National Association, not in ites individual capacity but solely as Delaware Trustee and U.S. Bank National Association, not in its individual capacity but solely as co-trustee for gov dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Elysa D Bergenfeld   on behalf of Creditor   19 Lyons Avenue Towers Condominium Association, Inc. edb@ansellgrimm.com  
          Harold N. Kaplan   on behalf of Creditor   CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST hkaplan@rasnj.com, informationathnk@aol.com  
          Laura M. Egerman   on behalf of Creditor   CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
          Linda S. Fossi   on behalf of Creditor   US Bank Cust for PC 4 Firstrust Bank lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
          Marie-Ann Greenberg   magecf@magtrustee.com  
          Nicholas V. Rogers   on behalf of Creditor   U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION ET.AL. nj.bkecf@fedphe.com  
          Paul Gauer   on behalf of Debtor Alexander A Norman gauerlaw@aol.com  
          Paul Gauer   on behalf of Joint Debtor Leigh A Stewart gauerlaw@aol.com  
          Steven P. Kelly   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                 TOTAL: 12