Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19753−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alexander A Norman
43 Laurel Avenue
East Orange, NJ 07017

Leigh A Stewart
43 Laurel Avenue
East Orange, NJ 07017

Social Security No.:
xxx−xx−6798

xxx−xx−5551

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/12/19 at 10:00 AM

to consider and act upon the following:

80 − Notice of Hearing for: Response to Creditor's Certification of Default. (related document:78 Creditor's Certification of Default filed by Linda S. Fossi on behalf of US Bank Cust for PC 4 Firstrust Bank. 79 Response filed by Paul Gauer on behalf of Alexander A Norman, Leigh A Stewart. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 8/8/2019 at 10:00 AM at JKS − Courtroom 3D, Newark. (zlh)

Dated: 8/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court