Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−19753−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alexander A Norman                                          Leigh A Stewart
43 Laurel Avenue                                            43 Laurel Avenue
East Orange, NJ 07017                                       East Orange, NJ 07017

Social Security No.:
   xxx−xx−6798                                              xxx−xx−5551

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/12/19 at 10:00 AM

to consider and act upon the following:

*80* − Notice of Hearing for: Response to Creditor's Certification of Default. (related document:78 Creditor's Certification of Default filed by Linda S. Fossi on behalf of US Bank Cust for PC 4 Firstrust Bank. 79 Response filed by Paul Gauer on behalf of Alexander A Norman, Leigh A Stewart. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 8/8/2019 at 10:00 AM at JKS − Courtroom 3D, Newark. (zlh)

Dated: 8/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Alexander A Norman
Leigh A Stewart
    Debtors

Case No. 18-19753-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 08, 2019
                         Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
db/jdb     +Alexander A Norman,    Leigh A Stewart,    43 Laurel Avenue,    East Orange, NJ 07017-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
         Brian E Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al
          bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
         Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in ites individual capacity but solely as Delaware Trustee and U.S. Bank National Association, not in its individual capacity but solely as co-trustee for gov dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Elysa D Bergenfeld    on behalf of Creditor    19 Lyons Avenue Towers Condominium Association, Inc. edb@ansellgrimm.com
         Harold N. Kaplan    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST hkaplan@rasnj.com, informationathnk@aol.com
         Laura M. Egerman    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
         Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 Firstrust Bank lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION ET.AL. nj.bkecf@fedphe.com
         Paul Gauer    on behalf of Debtor Alexander A Norman gauerlaw@aol.com
         Paul Gauer    on behalf of Joint Debtor Leigh A Stewart gauerlaw@aol.com
         Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, et al rsolarz@kmllawgroup.com
         Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 13