UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

Attorney for Debtor

In Re:

Alexander A. Norman
Leigh A. Stewart

Debtors

Case No.: 18-19753 JKS

Judge: JKS

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☐ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
☒ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (choose one):

1.   ☐   Motion for Relief from the Automatic Stay filed

by_____, creditor,

A hearing has been scheduled for _____, at _____ m.

OR

☐   Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ m.

☐   Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☒   Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2.      I am objecting to the above for the following reasons **(choose one)**:

☑      Payments have been made in the amount of $ 2160.00 ___, but have not been accounted for. Documentation in support is attached hereto.
MAiLed To Memphis TodAy

☑      Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
TempotAry VACANCY of CoNDO TeNANT WiLL CATch up.

❏      Other **(explain your answer)**:

3.      This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4.      I certify under penalty of perjury that the foregoing is true and correct.

Date: ___8/27/2019___

___Attorney for Debtor's Signature___

Date: _____

___Debtor's Signature___

**NOTE:**

1.      This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2.      This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev.12/1/09*

**$ MEMO®** INTERNATIONAL MONEY ORDER

MEMO FINANCIAL SERVICES, INC.
MEMO FINANCIAL SERVICES AMERICA, INC.
MEMO FINANCIAL SERVICES NEW YORK, INC.
MEMO FINANCIAL SERVICES USA, INC.
P.O. BOX 8863 - CAMP HILL, PA 17001-8863
(800) 922-8079
www.memoco.com

166409438 4

NOT VALID OVER ONE THOUSAND U.S. DOLLARS

PAY ONLY

SN-0166409438   LOC# 15955 STORE-3 O#-1

AUG 27 2019 ONE THOUSAND DOLLARS AND 00 CENTS

VOID OVER       $1000.00

PAY TO THE ORDER OF  Marie Anne Greenberg

Case# 18-19753 JKS   PO BOX 520 Memphis TN 38101

PURCHASER, SIGNER FOR DRAWER                          ADDRESS                          CITY/STATE/ZIP

PAYEE READ TERMS ON REVERSE • PAYABLE THROUGH: BANCFIRST, STRATFORD, OK

NUMBERS ON THE BACK OF THIS DOCUMENT APPEAR IN RED

⑆103104900⑆0166409438   019⑈

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. SECURITY FEATURES INCLUDE MICRO PRINT SIGNATURE LINES FRONT AND BACK.

**$ MEMO®** INTERNATIONAL MONEY ORDER

MEMO FINANCIAL SERVICES, INC.
MEMO FINANCIAL SERVICES AMERICA, INC.
MEMO FINANCIAL SERVICES NEW YORK, INC.
MEMO FINANCIAL SERVICES USA, INC.
P.O. BOX 8863 - CAMP HILL, PA 17001-8863
(800) 922-8079
www.memoco.com

86-490
1031

166409439 3

NOT VALID OVER ONE THOUSAND U.S. DOLLARS

PAY ONLY

SN-0166409439   LOC# 15955 STORE-3 O#-1

AUG 27 2019 ONE THOUSAND DOLLARS AND 00 CENTS

VOID OVER       $1000.00

PAY TO THE ORDER OF  Marie Greenburg Trustee

Case #18-19753 JKS  PO BOX 520 Memphis TN 38101-0530

PURCHASER, SIGNER FOR DRAWER                          ADDRESS                          CITY/STATE/ZIP

PAYEE READ TERMS ON REVERSE • PAYABLE THROUGH: BANCFIRST, STRATFORD, OK

NUMBERS ON THE BACK OF THIS DOCUMENT APPEAR IN RED

⑆103104900⑆0166409439   019⑈

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. SECURITY FEATURES INCLUDE MICRO PRINT SIGNATURE LINES FRONT AND BACK.

**$ MEMO®** INTERNATIONAL MONEY ORDER

MEMO FINANCIAL SERVICES, INC.
MEMO FINANCIAL SERVICES AMERICA, INC.
MEMO FINANCIAL SERVICES NEW YORK, INC.
MEMO FINANCIAL SERVICES USA, INC.
P.O. BOX 8863 - CAMP HILL, PA 17001-8863
(800) 922-8079
www.memoco.com

86-490
1031

166409440 2

NOT VALID OVER ONE THOUSAND U.S. DOLLARS

PAY ONLY

SN-0166409440   LOC# 15955 STORE-3 O#-1

AUG 27 2019 ONE HUNDRED DOLLARS AND 00 CENTS

VOID OVER       $100.00

PAY TO THE ORDER OF  Marie-Ann Greenberg Trustee

Case# 18-19753 JKS   Po Box 520 memphis, TN 38101-0530

PURCHASER, SIGNER FOR DRAWER                          ADDRESS                          CITY/STATE/ZIP

PAYEE READ TERMS ON REVERSE • PAYABLE THROUGH: BANCFIRST, STRATFORD, OK

NUMBERS ON THE BACK OF THIS DOCUMENT APPEAR IN RED

⑆103104900⑆0166409440   019⑈

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. SECURITY FEATURES INCLUDE MICRO PRINT SIGNATURE LINES FRONT AND BACK.

**$ MEMO®** INTERNATIONAL MONEY ORDER

MEMO FINANCIAL SERVICES, INC.
MEMO FINANCIAL SERVICES AMERICA, INC.
MEMO FINANCIAL SERVICES NEW YORK, INC.
MEMO FINANCIAL SERVICES USA, INC.
P.O. BOX 8863 - CAMP HILL, PA 17001-8863
(800) 922-8079
www.memoco.com

86-490
1031

166409441 1

NOT VALID OVER ONE THOUSAND U.S. DOLLARS

PAY ONLY

SN-0166409441   LOC# 15955 STORE-3 O#-1

AUG 27 2019 SIXTY DOLLARS AND 00 CENTS

VOID OVER       $60.00

PAY TO THE ORDER OF  Marie Greenburg Trustee

Case#18-19753  PO Box 520 Memphis TN 38101-0530

PURCHASER, SIGNER FOR DRAWER                          ADDRESS                          CITY/STATE/ZIP

PAYEE READ TERMS ON REVERSE • PAYABLE THROUGH: BANCFIRST, STRATFORD, OK

NUMBERS ON THE BACK OF THIS DOCUMENT APPEAR IN RED

⑆103104900⑆0166409441   019⑈