UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

Attorney for Debtor

In Re:

Alexander A. Norman
Leigh A. Stewart

Debtors

Case No.: 18-19753 JKS

Judge: JKS

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☐ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
☒ TRUSTEE'S ~~MOTION~~ or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,
A hearing has been scheduled for _____, at _____ m.

OR

☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for _____, at _____ m.

☐ Certification of Default filed by _____, creditor,
I am requesting a hearing be scheduled on this matter.

OR

☒ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (choose one):

☒ Payments have been made in the amount of $ 2160.00 _____, but have not been accounted for. Documentation in support is attached hereto.
MAiLed To Memphis TodAy

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):
Temporary VACANCY of CONDO TeNANT WiLL CATch up.

☐ Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 8/27/2019

Attorney for Debtor's Signature

Date: _____

Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.
2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default*.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

rev.12/1/09

**Money Order 1** — SN-0166409438, #166409438
- Pay to the Order of: Marie Anne Greenberg
- Case #18-19753 JKS, PO Box 520, Memphis TN 38101
- Aug 27 2019 — One Thousand Dollars and 00 Cents — Void Over $1000.00

**Money Order 2** — SN-0166409439, #166409439
- Pay to the Order of: Marie Greenberg Trustee
- Case #18-19753 JKS, PO Box 520, Memphis TN 38101-0530
- Aug 27 2019 — One Thousand Dollars and 00 Cents — Void Over $1000.00

**Money Order 3** — SN-0166409440, #166409440
- Pay to the Order of: Marie-Ann Greenberg Trustee
- Case #18-19753 JKS, PO Box 520, Memphis, TN 38101-0530
- Aug 27 2019 — One Hundred Dollars and 00 Cents — Void Over $100.00

**Money Order 4** — SN-0166409441, #166409441
- Pay to the Order of: Marie Greenberg Trustee
- Case #18-19753, PO Box 520, Memphis TN 38101-0530
- Aug 27 2019 — Sixty Dollars and 00 Cents — Void Over $60.00