Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−19753−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alexander A Norman | Leigh A Stewart |
| 43 Laurel Avenue | 43 Laurel Avenue |
| East Orange, NJ 07017 | East Orange, NJ 07017 |

Social Security No.:
   xxx−xx−6798                            xxx−xx−5551

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/27/19 at 10:00 AM

to consider and act upon the following:

*88* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/28/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*90* – Certification in Opposition to Trustee certification of default (related document:88 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/28/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Paul Gauer on behalf of Alexander A Norman. (Gauer, Paul)

*91* – Certification in Opposition to (related document:88 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/28/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Paul Gauer on behalf of Leigh A Stewart. (Gauer, Paul) Duplicate of Doc # 90 Modified on 8/28/2019 (env).

Dated: 8/29/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-19753-JKS
Alexander A Norman                                                        Chapter 13
Leigh A Stewart
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Aug 29, 2019
                             Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db/jdb         +Alexander A Norman,    Leigh A Stewart,    43 Laurel Avenue,    East Orange, NJ 07017-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
              Brian E Caine   on behalf of Creditor   U.S. Bank Trust National Association, et al
               bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              Denise E. Carlon   on behalf of Creditor   U.S. Bank Trust National Association, not in ites
               individual capacity but solely as Delaware Trustee and U.S. Bank National Association, not in
               its individual capacity but solely as co-trustee for gov dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elysa D Bergenfeld   on behalf of Creditor   19 Lyons Avenue Towers Condominium Association, Inc.
               edb@ansellgrimm.com
              Harold N. Kaplan   on behalf of Creditor   CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
               hkaplan@rasnj.com,  informationathnk@aol.com
              Laura M. Egerman   on behalf of Creditor   CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Linda S. Fossi   on behalf of Creditor   US Bank Cust for PC 4 Firstrust Bank
               lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers   on behalf of Creditor   U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION ET.AL.
               nj.bkecf@fedphe.com
              Paul Gauer   on behalf of Debtor Alexander A Norman gauerlaw@aol.com
              Paul Gauer   on behalf of Joint Debtor Leigh A Stewart gauerlaw@aol.com
              Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank Trust National Association, et al
               rsolarz@kmllawgroup.com
              Steven P. Kelly   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF8 Master
               Participation Trust skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 13