Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  18−19753−JKS
                      Chapter:  13
                      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander A Norman                                Leigh A Stewart
   43 Laurel Avenue                                    43 Laurel Avenue
   East Orange, NJ 07017                         East Orange, NJ 07017

Social Security No.:
   xxx−xx−6798                                            xxx−xx−5551

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 1, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 1, 2019
JAN: mg

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-19753-JKS
Alexander A Norman                                                  Chapter 13
Leigh A Stewart
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Oct 01, 2019
                              Form ID: 148         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.

```
db/jdb        +Alexander A Norman,    Leigh A Stewart,    43 Laurel Avenue,    East Orange, NJ 07017-2113
cr            +19 Lyons Avenue Towers Condominium Association, In,     c/o Ansell Grimm & Aaron,
               Attn: Elysa D. Bergenfeld, Esq.,    214 Carnegie Center, Suite 112,    Princeton, NJ 08540-6237
cr            +U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +U.S. Bank Trust, N.A., as Trustee for LSF8 Master,     Stern & Eisenberg, PC,
               1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
517628106     +19 Lyons Tower Condo Assc,    Cervelli Mgmt Corp,    One Marine Plaza,    Ste 304,
               North Bergen, NJ 07047-6234
517528640     +19 Lyons Tower Condo Assc,    Cervilli Management Corp,    One Marine Plaza, Ste 304,
               North Bergen, NJ 07047-6234
517601676     +CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST,     Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
517651395     +CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST,     Fay Servicing, LLC,
               3000 Kellway Dr Ste 150,    Carrollton TX 75006-3357
517528637      Caliber Home loans,    Po Box 619063,    Dallas, TX 75261-9063
517528639     +HUDSpeth Appraisal District,    Po Box 429,    Sierra Blanca TX 79851-0429
517532790     +Orion,   c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517528642     +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd, Ste 100,    Mt. Laurel, NJ 08054-3437
517528641    #+Pro Capital Funds, LLC,    1000 Haddonfield Berlin Rd, Ste 203,    Voorhees, NJ 08043-3520
517528638     +Pro Capital Funds, LLC,    Pro Cap 4, LLC, first Trust Bank,    c/o Gary C. Zeitz, LLC,
               1101 Laurel Oak Road, Ste 170,    Voorhees, NJ 08043-4381
517628105     +Raintree Gardens II,    ASA Property Mgmt,    3802 North 53rd Ave, Ste 140,
               Phoenix AZ 85031-3037
518151071     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
518151072     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518399065     +U.S. Bank Trust N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517561313      U.S. Bank Trust National Association ET.AL.,     Wells Fargo Bank, N.A.,
               Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517798898      U.S. Bank Trust National Association, et al,     c/o Rushmore Loan Management Services,
               P.O. Box 52708,    Irvine, CA 92619-2708
517798899     +U.S. Bank Trust National Association, et al,     c/o Rushmore Loan Management Services,
               P.O. Box 52708,    Irvine, CA 92619-2708,    U.S. Bank Trust National Association, et,
               c/o Rushmore Loan Management Services 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2019 00:22:22     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2019 00:22:18      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Oct 02 2019 03:23:00      Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,    Norfolk, VA 23541-1021
517569720     +E-mail/Text: djb@ansellgrimm.com Oct 02 2019 00:23:17
               19 Lyons Avenue Towers Condominium Association,    c/o Ansell Grimm & Aaron PC,
               214 Carnegie Center, Suite 112,    Princeton, NJ 08540-6237
517528643     +EDI: CAPITALONE.COM Oct 02 2019 03:23:00      Capital One,    Po Box 30285,
               Salt Lake City UT 84130-0285
517649205      EDI: RESURGENT.COM Oct 02 2019 03:23:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517649205      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2019 00:26:40
               LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
               LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517651115      EDI: RESURGENT.COM Oct 02 2019 03:23:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Household Bank (SB), N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517651115      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2019 00:27:26
               LVNV Funding, LLC its successors and assigns as,     assignee of Household Bank (SB), N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517609387     +EDI: MID8.COM Oct 02 2019 03:23:00      MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
517656668      EDI: PRA.COM Oct 02 2019 03:23:00      Portfolio Recovery Associates, LLC,
               C/O Capital One Bank (usa), N.A.,    POB 41067,    Norfolk VA 23541
517528636     +EDI: WFFC.COM Oct 02 2019 03:23:00      Wells Fargo,    Po Box 10335,    Des Moines, IA 50306-0335
                                                                                              TOTAL: 12
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 01, 2019
                              Form ID: 148             Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517582590         US Bank Cust for PC 4 Firstrust Bank
cr*              +CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
517628104*        Caliber Home Loans Inc,   Po Box 619063,    Dallas TX 75261-9063
                                                                                 TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
```
              Brian E Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in ites
               individual capacity but solely as Delaware Trustee and U.S. Bank National Association, not in
               its individual capacity but solely as co-trustee for gov dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elysa D Bergenfeld    on behalf of Creditor    19 Lyons Avenue Towers Condominium Association, Inc.
               edb@ansellgrimm.com
              Harold N. Kaplan    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
               hkaplan@rasnj.com, informationathnk@aol.com
              Laura M. Egerman    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 Firstrust Bank
               lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION ET.AL.
               nj.bkecf@fedphe.com
              Paul  Gauer    on behalf of Debtor Alexander A Norman gauerlaw@aol.com
              Paul  Gauer    on behalf of Joint Debtor Leigh A Stewart gauerlaw@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, et al
               rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF8 Master
               Participation Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```