| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br>   ALEXANDER A NORMAN<br>   LEIGH A STEWART | Order Filed on October 1, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  18-19753JKS<br><br>Judge:  JOHN K. SHERWOOD |

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: October 1, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): ALEXANDER A NORMAN
LEIGH A STEWART

Case No.: 18-19753JKS

Caption of Order: ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Alexander A Norman
Leigh A Stewart
       Debtors

Case No. 18-19753-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Oct 01, 2019
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
db/jdb        +Alexander A Norman,   Leigh A Stewart,   43 Laurel Avenue,   East Orange, NJ 07017-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:
          Brian E Caine   on behalf of Creditor   U.S. Bank Trust National Association, et al
           bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank Trust National Association, not in ites individual capacity but solely as Delaware Trustee and U.S. Bank National Association, not in its individual capacity but solely as co-trustee for gov dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Elysa D Bergenfeld   on behalf of Creditor   19 Lyons Avenue Towers Condominium Association, Inc. edb@ansellgrimm.com
          Harold N. Kaplan   on behalf of Creditor   CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST hkaplan@rasnj.com,   informationathnk@aol.com
          Laura M. Egerman   on behalf of Creditor   CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Linda S. Fossi   on behalf of Creditor   US Bank Cust for PC 4 Firstrust Bank lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Nicholas V. Rogers   on behalf of Creditor   U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION ET.AL. nj.bkecf@fedphe.com
          Paul   Gauer   on behalf of Debtor Alexander A Norman gauerlaw@aol.com
          Paul   Gauer   on behalf of Joint Debtor Leigh A Stewart gauerlaw@aol.com
          Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank Trust National Association, et al rsolarz@kmllawgroup.com
          Steven P. Kelly   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                           TOTAL: 13